UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| Danny G. Akers and Barbara Ann Akers,    )<br>    Plaintiffs,    )<br>    )<br>v.    )<br>    )<br>Allstate Property and Casualty Insurance    )<br>Company a/k/a Allstate Insurance Company    )<br>    Defendant.    )<br>    )| No. 2:14-cv-00072-JRG-MCLC |

## ORDER

The Court gave the parties 30 days to file a Stipulation of Dismissal based on the Notice of Settlement. The Court warned that if the closing documents were not filed within the 30 days, then it would close the case based on the reported settlement. The 30-day deadline has passed and no closing documents have been filed. As such, it is hereby ORDERED that this case be closed based on the Notice of Settlement.

So ordered.

ENTER:

                                                            s/J. RONNIE GREER
                                                   UNITED STATES DISTRICT JUDGE